

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2021

No. 04-20-00478-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Albert **DAVILA**, Individually; Madeline Davila, Individually; and Albert Davila as Trustee of
the Albert Peña Davila and Madeline Davila Living Trust,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI03387
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellees filed their brief on February 1, 2021. The brief lacks appropriate citations to authorities and to the record. *Contra* Tex. R. App. P. 38.1(i). There are no citations to the record in Appellee's brief. *Contra id*. On pages 9 through 16, Appellees make numerous legal assertions without appropriate citations to legal authorities. *Contra id*. The prayer fails to clearly state the nature of the relief sought. *Contra* Tex. R. App. P. 38.1(j).

This court may make any order necessary for satisfactory submission of the case if it finds substantive defects in a brief. *Id.* R. 38.9(b). Therefore, we STRIKE Appellees' brief and ORDER Appellees to file an amended brief due on or before February 18, 2021. **The amended brief must correct all the violations listed above and fully comply with the applicable rules.** *See, e.g.*, *id.* R. 38.1.

If the amended brief does not comply with this order, we may STRIKE Appellee's brief and set this cause for submission without an appellee's brief. *See Jackson v. Tex. Bd. of Pardons & Paroles*, No. 01-03-00862-CV, 2008 WL 921035, at *1 n.2 (Tex. App.—Houston [1st Dist.] Apr. 3, 2008, no pet.) (mem. op.) ("'In a civil case, the court will accept as true the facts stated [in the appellant's brief] unless another party contradicts them.'" (alteration in original) (quoting Tex. R. App. P. 38.1(g))).

_____

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2021.

_____

MICHAEL A. CRUZ, Clerk of Court